
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO. 3:94cr3101 LAC

JACK JOYCE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    FEBRUARY 18, 2009

Motion/Pleadings: MOTION TO DISMISS INDICTMENT

Filed by GOVERNMENT     on 2/18/09     Doc.# 81

RESPONSES:

                                               on          Doc.#
                                               on          Doc.#

_____ Stipulated       _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                                    WILLIAM M. McCOOL, CLERK OF COURT

                                                    *s/Mary Maloy*

LC (1 OR 2)                                    Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 18th day of February, 2009, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                           s/*L.A. Collier*
                                                          ***LACEY A. COLLIER***
                                                    *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.